**William STILES, Respondent,**

v.

**MISSOURI STATE HIGHWAY PATROL—Criminal Records Repository, Appellant,**

**St. Louis County Circuit Court and City of Chesterfield Police Department, Defendants.**

**No. ED 102094**

Missouri Court of Appeals, Eastern District, *DIVISION THREE.*

Filed: December 15, 2015

Chris Koster, Attorney General, Gregory M. Goodwin, Asst. Atty. Gen.; P.O. Box 899, Jefferson City, MO 65102, For Appellant.

Gregory N. Smith, 7733 Forsyth Blvd., Ste. 1850, St. Louis, MO 63105, For Respondent.

Kathryn E. Linnenbringer, Asst. County Counselor, 41 South Central Ave., 9th Fl., Clayton, MO 63105, For Defendants.

Before Robert M. Clayton III, P.J., Robert G. Dowd, Jr., and Lawrence E. Mooney, J.

*ORDER*

PER CURIAM.

The Missouri State Highway Patrol appeals the trial court's judgment and order of expungement of arrest records in favor of William Stiles. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).